

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00381-CV

**IN THE INTEREST OF M.A.N.Z., CHILD**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00652
Honorable Richard Garcia, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

After consideration, the Appellant's Motion for Rehearing and En Banc Reconsideration is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court